No. D–2173. IN RE DISBARMENT OF ROCCA. Disbarment entered. [For earlier order herein, see *ante*, p. 1258.]

No. D–2175. IN RE DISBARMENT OF TANDY. Disbarment entered. [For earlier order herein, see *ante*, p. 1259.]

No. D–2176. IN RE DISBARMENT OF GREGORY. Disbarment entered. [For earlier order herein, see *ante*, p. 1259.]

No. D–2186. IN RE DISBARMENT OF FREMONT. Kenneth P. Fremont, of Louden, Tenn., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2187. IN RE DISBARMENT OF RISKER. Frederick L. Risker, Jr., of Stafford, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2188. IN RE DISBARMENT OF TIDWELL. Drew V. Tidwell III, of Amherst, N. Y., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2189. IN RE DISBARMENT OF SEPE. Alfonso C. Sepe, of North Bay Village, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2190. IN RE DISBARMENT OF FERGUSON. Donald L. Ferguson, of Boca Raton, Fla., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2191. IN RE DISBARMENT OF GARCIA. David Garcia, of Edinburg, Tex., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.